**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>CORNELL ROBERT OTIS<br>CAROLE DARNELL MCNEAL-OTIS<br>Debtor(s) | Case No. 26-41116-MAR |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Krispen S. Carroll, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/03/2026.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/10/2026.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $849.02 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$849.02**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $195.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$195.30**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACIMA CREDIT | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 676.00 | NA | NA | 0.00 | 0.00 |
| AMBETTER FROM MERIDIAN | Unsecured | 277.44 | NA | NA | 0.00 | 0.00 |
| AMCOL SYSTEMS | Unsecured | 21.07 | NA | NA | 0.00 | 0.00 |
| AMERICAN BANKERS INSURANCE O | Unsecured | 38.75 | NA | NA | 0.00 | 0.00 |
| AMERIPATH | Unsecured | 32.21 | NA | NA | 0.00 | 0.00 |
| ASCENSION PROVIDENCE HOSPITAL | Unsecured | 4,045.53 | NA | NA | 0.00 | 0.00 |
| ASCENSION PROVIDENCE HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ASCENSION PROVIDENCE HOSPITAL | Unsecured | 434.79 | NA | NA | 0.00 | 0.00 |
| AVID ACCEPTANCE | Unsecured | 17,959.00 | NA | NA | 0.00 | 0.00 |
| CASH APP | Unsecured | 668.04 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 676.00 | NA | NA | 0.00 | 0.00 |
| CONGRESS COLLECTION | Unsecured | 46.55 | NA | NA | 0.00 | 0.00 |
| CONSUMERS ENERGY COMPANY | Unsecured | 189.28 | 338.36 | 338.36 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 140.86 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 833.73 | NA | NA | 0.00 | 0.00 |
| DEBORAH DAVIS | Secured | NA | NA | NA | 0.00 | 0.00 |
| DENTAL CARE OF MICHIGAN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| DENTAL CARE PLUS, INC. | Unsecured | 44.54 | NA | NA | 0.00 | 0.00 |
| DTE ENERGY | Unsecured | 681.23 | 681.23 | 681.23 | 0.00 | 0.00 |
| FINFIT | Unsecured | 2,135.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| FOOT HEALTH CARE | Unsecured | 60.06 | NA | NA | 0.00 | 0.00 |
| FORTSON DENTISTRY | Unsecured | 1,452.00 | 1,452.00 | 1,452.00 | 0.00 | 0.00 |
| GINNY'S | Unsecured | 1,242.00 | NA | NA | 0.00 | 0.00 |
| HENRY FORD HEALTH SYSTEM | Unsecured | 3,263.98 | NA | NA | 0.00 | 0.00 |
| HUMANA | Unsecured | 2,945.30 | NA | NA | 0.00 | 0.00 |
| HUMANA | Unsecured | 15,036.24 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD INC | Unsecured | 3,691.00 | NA | NA | 0.00 | 0.00 |
| IEP URGENT CARE - SOUTHFIELD | Unsecured | 83.04 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INDEPENDANT OBSERVATION PHY | Unsecured | 48.89 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 10,435.82 | 10,435.82 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,284.32 | 26,038.23 | 26,038.23 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 296.63 | 298.50 | 298.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 894.05 | 894.05 | 0.00 | 0.00 |
| LA INURANCE | Unsecured | 1,291.55 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP OF AMERICA | Unsecured | 28.32 | NA | NA | 0.00 | 0.00 |
| MI PAIN MANAGEMENT CONSULTAN | Unsecured | 120.06 | NA | NA | 0.00 | 0.00 |
| MICHIGAN ENDOSCOPY CTR LLC | Unsecured | 120.08 | NA | NA | 0.00 | 0.00 |
| MICHIGAN HEALTHCARE PROFESSIC | Unsecured | 203.09 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE | Unsecured | 249.03 | NA | NA | 0.00 | 0.00 |
| MOHELA/DEPT OF ED | Unsecured | 6,120.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CAPITAL SERVICES | Unsecured | 376.61 | NA | NA | 0.00 | 0.00 |
| NORTHLAND ANES ASSOC | Unsecured | 249.03 | NA | NA | 0.00 | 0.00 |
| NORTHWEST EYE PHYSICIANS PC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN SVCS | Unsecured | 18.61 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| PRIORITY HEALTH INS CO | Unsecured | 629.67 | 442.89 | 442.89 | 0.00 | 0.00 |
| PROVIDENCE HOSPITAL | Unsecured | 195.02 | NA | NA | 0.00 | 0.00 |
| PURCHASING POWER LLC | Secured | 2,297.50 | 2,297.50 | 2,297.50 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 669.95 | 669.95 | 669.95 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 423.01 | 423.01 | 423.01 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 823.87 | 1,031.81 | 1,031.81 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,252.87 | 1,075.51 | 1,075.51 | 0.00 | 0.00 |
| SCOLOPAX LLC | Unsecured | 2,477.00 | 2,477.27 | 2,477.27 | 0.00 | 0.00 |
| SCOLOPAX LLC | Unsecured | 691.00 | 3,279.20 | 3,279.20 | 0.00 | 0.00 |
| SOUTHEAST TOYOTA FINANCE | Unsecured | 14,823.00 | NA | NA | 0.00 | 0.00 |
| SOUTHFIELD RADIOLOGY | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| SQUARE CAPITAL, LLC | Unsecured | 671.16 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 1,083.95 | NA | NA | 0.00 | 0.00 |
| WAYNE COUNTY FRIEND/COURT | Priority | 17,678.61 | NA | NA | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP | Secured | 14,823.00 | 15,569.99 | 15,569.99 | 653.72 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,569.99 | $653.72 | $0.00 |
| All Other Secured | $2,297.50 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,867.49** | **$653.72** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $26,038.23 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$26,038.23** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$23,499.60** | **$0.00** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $195.30 | |
| Disbursements to Creditors | $653.72 | |
| **TOTAL DISBURSEMENTS** : | | **$849.02** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/04/2026 By: /s/ Krispen S. Carroll

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**